UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Luis A. Herrera et al*    CIVIL NO. *96-1743*(DRD)

v.

Defendant(s) *The Ports Authority of P.R. et al*

| MOTION | ORDER |
|---|---|
| Docket entry no. *47* | ☑ GRANTED. |
| Date: *Sept 27, 1999* | ☐ DENIED. |
| Title: *Motion for leave to resign as legal counsel for Co-defendant Annie Ramos Maldonado. Counsel is to notify Co-defendant Annie Ramos Maldonado with this Order and advise both Ms. Ramos and this Court the name of the counsel to whom the case has been referred.* | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED & FILED
1999 OCT 14 AM 8 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: *October 14, 1999.*

*[signature]*
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

50