# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: December 23, 1999

LUISA HERRERA, et al.

    Plaintiffs

v.

CIVIL NO. 96-1743 (DRD)

THE PORTS AUTHORITY OF PR, et al.

    Defendants

**BY ORDER OF THE COURT**, this case is set for a Status/Scheduling Conference on **January 24, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

S/C: Counsel of record