## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
### BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**              DATE: January 24, 2000

**CIVIL NO. 96-1743 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===============================================================================

| | | |
|---|---|---|
| LUISA HERRERA et al | Attorneys: | Pedro Juan Pérez Nieves |
| Plaintiff | | |
| v. | | |
| THE PORTS AUTHORITY OF PR, et al | | Frank Gotay for Saúl Serrano; |
| Defendant | | Orlando Durán for Dr. Hermán Sulsona; |
| | | José Luis Fernández Esteves and Roberto Márquez Sánchez for Anneé Ramos |

===============================================================================

STATUS CONFERENCE was held today. The parties informed the Court that settlement has not been reached and discovery has not been completed.

The Court sets the following case management schedule:

**Cut-off for discovery - May 31, 2000:**

- Any discovery not completed at this date will be excluded.

- Absolutely no extensions will be granted.

- Depositions have been scheduled for the following dates: March 22 & 30, 2000; April 7, 2000; and May 1, 4, & 8, 2000. Any other dates that become necessary will be coordinated amongst the parties.

- Any issues that arise during discovery must be settled, first, by holding a Rule 311 conference between the parties; second, by conference call to the Court, and third, by filing a motion.

**Cut-off for dispositive motions is June 30, 2000:**

96-1743 ORD #14
1-24-00

- Parties must file these motions in compliance with the Court's Standing Order.

**Pre-trial is scheduled for August 7, 2000, at 4:00 p.m.** On this date the parties must file:

- special jury instructions on federal and state law;

- questions for voir dire;

- a brief introductory paragraph telling what the case is about.

**Trial is scheduled to begin on August 15, 2000.**

Plaintiff must carefully examine the Complaint to ensure that there are no frivolous or clearly time-barred claims.

**ALL PARTIES ARE FOREWARNED THAT ABSOLUTELY NO EXTENSIONS WILL BE GRANTED.**

*[signature]*
LAW CLERK

s/c: Counsel of record

N:\MINUTES\96-1743 MEM