UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: JULY 27, **2000**

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**                    **CASE NO. CIVIL 96-1743**

===================================================================

LUISA HERRERA                                       Attorneys:
                                                    For Plaintiffs:

           VS
                                                    For Defendant:
THE PORTS AUTHORITY OF
PUERTO RICO ET ALS

===================================================================

In view of the fact that this case has been recently transferred to Judge Garcia Gregory the jury trial scheduled for August 15, 2000 by Judge Dominguez is hereby vacated and set aside as well a the pretrial set for August 7, 2000. Instead a status conference will be held on August 15, 2000 at 10:00 AM before Judge Garcia.  Parties to be notified.

                                    _____
                                        LILY ALICEA
                                        COURTROOM DEPUTY

S/cs to Jury Clerk