UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                          DATE:AUGUST 15, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**              **CASE NO.CIVIL 96-1743**

===============================================================

LUISA HERRERA                           Attorneys:
                                        For Plaintiffs:PEDRO
                                        PEREZ NIEVES

            VS
                                        For Defendant:
PORTS AUTHORITY                         FRANCISCO AMUNDARAY
                                        JUAN SOTO BALBAS
                                        FRANK GOTAY
                                        JOSE LUIS FERNANDEZ
                                        ORLANDO DURAN MEDERO

===============================================================

Case called for status conference. Each party states their position.

Each codefendant has filed a motion for summary judgment. Defendants are granted until October 2, 2000 to update their motions for summary judgment and to file the statement of uncontested facts with specific reference to the record.

Plaintiff is granted until November 2, 2000 to oppose the motions for summary judgment and is granted until August 30 , 2000 to file a motion to dismiss, with prejudice, as to the claims under federal laws of the relatives of plaintiff.

Defendants will meet to decide when to take the two pending depositions and as to whether they can share the expenses of the expert witness since they all will be using the same expert.

Once the summary judgments are updated and opposed the case will stand submitted.

Parties to be notified with copy of the minutes.

_____
Lily Alicea-Courtroom Deputy