UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: SEPTEMBER 6, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**                **CASE NO. CIVIL 96-1743**

==================================================================

LUISA HERRERA                                    Attorneys:
                                                 For Plaintiffs:

         VS
                                                 For Defendant:
PUERTO RICO PORTS
AUTHORITY

==================================================================

By Order of the Court the above-mentioned case is hereby scheduled for a status conference on **WEDNESDAY, OCTOBER 4, 2000 at 11:00 AM.**

Parties to be notified.

                                        _____
                                                LILY ALICEA
                                             COURTROOM DEPUTY

s/c: (9)

SEP - 7 2000