UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERRERA, ET AL

**Plaintiff(s)**

v.                                   CIVIL NUMBER: 96-1743 (JAG)

PORTS AUTHORITY OF PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 05/31/00<br>**Title:** Motion to Accept Spanish Language Documents<br>**Docket:** 61<br>[ ] Plffs   [x] Dfts   [ ] Other | To the extent that it has not been done already, the Court grants a period of 60 days from the date of this order to file certified translations. |

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Extend Time for 30 Days to File Additional Documents, etc. (06/30/00); Motion to Extend Time for 30 Days to Submit Certified Translations of Exhibits (06/30/00); Motion to Extend Time Until 7/20/00 to File Memorandum of Law, etc. (06/30/00); Motion to Extend Time Until 8/4/00) to Submit Memorandum of Law, etc. (07/24/00); Motion to Extend Time Until 08/15/00 to File Opposition, etc. (07/31/00)<br>**Docket:** 65, 66, 68, 74, 76<br>[ ] Plffs   [x] Dfts   [ ] Other | MOOT. |

Date: 10/02/00

JAY A. GARCIA-GREGORY
U.S. District Judge