UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERRERA, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 96-1743 (JAG)

PORTS AUTHORITY OF PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 07/03/00<br>**Title:** Motion to Extend Time for 10 Days to File Certified Translations of Documents (by dft. Rivera)<br>**Docket:** 70<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date:** 07/18/00<br>**Title:** Motion to Request Order Directing Ports Authority to Deliver to Plaintiffs the Transcripts of Plaintiff's Depositions<br>**Docket:** 72<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED** as requested. |

**Date:** 10/02/00

JAY A. GARCIA-GREGORY
U.S. District Judge