UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: OCTOBER 3, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                    **CIVIL 96-1743 (JAG)**

===============================================================

LUISA HERRERA                              Attorneys:
                                           For Plaintiffs

        VS
                                           For Defendant
PUERTO RICO
PORTS AUTHORITY

===============================================================

By Order of the Court the status conference in the above-mentioned case set for October 4, 2000 is hereby vacated and set aside.

Parties to be notified

                                                   By: LILY ALICEA
                                                       COURTROOM DEPUTY