UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 10/03/00<br>Title: Request for Additional Time to File Dispositive Motions<br>Docket(s): 85<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. |

Date:  October 17, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge