UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/04/00<br>**Title:** Motion for Voluntary Dismissal of Certain Claims<br>**Docket(s):** 84<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** The claims brought by the husband and children of Luisa Herrera under 42 U.S.C. § 1983, Title VII, and P.R. Act No. 100 are dismissed with prejudice. Similarly, plaintiffs' claim against defendant Saúl Serrano under 42 U.S.C. § 1981 is dismissed with prejudice. The Court declines plaintiffs' request to enter partial judgment at this time. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/02/00<br>**Title:** Motion Requesting Leave to File Documents in Spanish<br>**Docket(s):** 83<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | The defendant shall have until November 15, 2000 to submit certified translations. |

**Date:** October 24, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge