UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

**Plaintiff(s)**

v.

CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/02/00<br>Title: Motion to Submit Certified Copies of Exhibits<br>**Docket(s):** 89<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] Other | **NOTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/31/00<br>Title: Motion for Final Extension to File Dispositive Motions<br>**Docket(s):** 88<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] Other | **MOOT.** |

Date: November 27, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge