UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 11/15/00<br>Title: Motion Under Local Rule 311.6<br>Docket(s): 91<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | MOOT. |

| MOTION | ORDER |
|---|---|
| Title: Motion Requesting Extension of Time to File Certified Translation of Documents (11/22/00); Motion Submitting Certified Translations of Exhibits (11/30/00)<br>Docket(s): 92, 95<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge