UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



LUISA HERRERA, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/30/00<br>**Title:** Request For Two-Day Extension<br>**Docket(s):** 94<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **MOOT.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/18/00<br>**Title:** Motion to Request Time to Oppose all Motions for Summary Judgment<br>**Docket(s):** 99<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** Plaintiffs have until February 1, 2001 to notify and file the omnibus opposition to defendants' dispositive motions. |

**Date:** January 16, 2001          JAY A. GARCIA-GREGORY
                                     U.S. District Judge