UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

Plaintiff(s)

v.   CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/06/00<br>**Title:** Motion for Temporary Waiver of Local Rule 108<br>**Docket(s):** 97<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | **MOOT.** The Court assumes the translations were filed. If not, defendant Raul Serrano shall file the translations ten (10) days after the entry of this order. |

Date: March 1, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to (10)
attys/pts
in ICMS
MAR - 5 2001