UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

   Plaintiff(s)

   v.                                    CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/06/01<br>**Title:** Motion for Withdrawal Legal Representation<br>**Docket(s):** 102<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** The Court grants attorney Orlando Duran-Medero and the Ricardo L. Rodríguez-Padilla Law Offices' request to withdraw as legal counsel for Dr. Herman Sulsona. As well, the Court grants the defendant a forty five (45) period to retain new legal counsel and inform the Court of such. |

Date:   March 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


