UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

**Plaintiff(s)**

v.                                                           CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/07/01<br>**Title:** Motion Requesting Leave to File Reply to Omnibus Opposition to Defendants Motion for Summary Judgment, for Extension of Time and Withdrawal of Legal Representation<br>**Docket(s):** 108<br>[ ] **Plff(s)**   [ x] **Dft(s)**   [ ] **Other** | **GRANTED.** The Court grants attorney Francisco J. Amundaray and the law firm of Mercado & Soto leave to withdraw as legal counsel for co-defendants Puerto Rico Ports Authority and the Executive Director of the Puerto Rico Ports Authority. The co-defendants are granted a thirty (30) day period to retain new legal counsel and inform the Court of such. As well, the Court grants the co-defendants' request to file a reply to the plaintiffs' opposition to defendants' motion for summary judgment. |

Date: April 4, 2001                         JAY A. GARCIA-GREGORY
                                            U.S. District Judge

