UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

**Plaintiff(s)**

v.                          CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 03/07/01<br>Title: Motion for Extension of Time to File Reply to Plaintiff's Omnibus Opposition to Motions for Summary Judgment<br>Docket(s): 109<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** The Court grants co-defendant Herman Sulsona's request for an extension of time to file a reply to plaintiff's opposition to motion for summary judgment. The period granted is that which was requested, until April 16, 2001. |

Date: April 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

