UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



LUISA HERRERA, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/14/01<br>**Title:** Request for Additional Extension of Time<br>**Docket(s):** 110<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED** as requested. |

Date: April 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge