UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

**Plaintiff(s)**

v.                                     CIVIL NUMBER: 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion Requesting Extension of Time (01/31/01); Motion for Brief Additional Extension of Time to File Opposition to Motions for Summary Judgment (02/21/01)<br>**Docket(s):** 101, 104<br>[x] Plff(s)   [ ] Dft(s)   [ ] Other | **MOOT.** |

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Extension of Time to File Certified Translations (by plaintiffs, 02/28/01); Motion to Withdraw Legal Representation (by defendant Saul Serrano, 04/05/01)<br>**Docket(s):** 107, 116<br>[ ] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED.** |

Date: April 18, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge