# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

**Plaintiff(s)**

**v.**                                    **CIVIL NUMBER:** 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/12/01 <br> **Title:** Motion for Extension of Time to File Translations <br> **Docket(s):** 118 <br> [x] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | **GRANTED** as requested. |

**Date:** April 18, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

