# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

**Plaintiff(s)**

v.                              **CIVIL NUMBER:** 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/18/01<br>**Title:** Motion to Withdraw Legal Representation<br>**Docket(s):** 120<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** |

Date: April 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

