# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

  **Plaintiff(s)**

              **v.**                                 **CIVIL NO.**  96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

  **Defendant(s)**

---

## ORDER

All dispositive motions in this case are referred to Magistrate-Judge Gustavo A. Gelpí for

a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of July, 2001.


                                        JAY A. GARCIA-GREGORY
                                        U.S. District Judge