IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

  Plaintiffs

  v.                                               CIVIL NO. 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

  Defendants

---

### ORDER

The undersigned magistrate judge recuses himself in this case. The clerk of the court is to proceed accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of July, 2001.

GUSTAVO A. GELPÍ
United States Magistrate Judge

