### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, ET AL

    **Plaintiff(s)**

       **v.**                            **CIVIL NUMBER:** 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/20/01<br>**Title:** Motion Requesting Additional Time to File Translations<br>**Docket(s):** 128<br>[x ] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | **GRANTED.** The translations shall be filed on or before August 22, 2001. |

Date:  July 26, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

