UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:   DATE: SEPTEMBER 7, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**   **CASE NO. CIVIL 96-1743 (JAG)**

===================================================================

LUISA HERRERA   Attorneys:

    VS

THE PORTS AUTHORITY
OF PUERTO RICO

At the request of attorney for plaintiff the above-mentioned case is hereby set for a settlement conference on Tuesday, **September 18, 2001 at 4:00 PM.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy