IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA HERRERA, et al

**Plaintiff(s)**

v.                                    CIVIL NO. 96-1743 (JAG)

THE PORTS AUTHORITY OF
PUERTO RICO, et al

**Defendant(s)**

---

**JUDGMENT**

Pursuant to a Joint Motion Requesting Voluntary Dismissal with Prejudice and Entry of Judgment (Docket 135), the Amended Complaint is dismissed with prejudice.

The Settlement Agreement submitted by the parties shall remain under seal until further orders of the Court.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of October, 2001.

_____
JAY A. GARCIA GREGORY
U.S. District Judge


